THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LUKE COURTNEY, Appellant.

(Argued October 13, 1936; decided November 17, 1936.)

*Francis P. Farrell* and *Louis Karasik* for appellant.

*William Copeland Dodge, District Attorney (Lyon Boston* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.; CROUCH, J., taking no part.